AO 9 (1/13) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

In the Matter of the Search of
*(Briefly describe the property to be searched or identify the person by name and address)*

Three U.S. Postal Parcels located at the Washington General Mail Facility, Washington, DC

Case: 1:18-sw-00015
Assigned To : Robinson, Deborah A.
Assign. Date : 1/23/2018
Description: Search Warrant

## SEARCH AND SEIZURE WARRANT

To:   Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____ District of _____ Columbia _____
*(identify the person or describe the property to be searched and give its location)*:

SEE ATTACHMENT A

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

CONTRABAND CONTROLLED SUBSTANCES

**YOU ARE COMMANDED** to execute this warrant on or before  February 6, 2018  *(not to exceed 14 days)*
☐ in the daytime 6:00 a.m. to 10:00 p.m.   ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to   DEBORAH A. ROBINSON, U.S. MAGISTRATE JUDGE  .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____

Date and time issued:   JAN 23 2018
                        4:10 pm

City and state:   WASHINGTON, D.C.

Judge's signature

DEBORAH A. ROBINSON, U.S. MAGISTRATE JUDGE
*Printed name and title*

AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

| Return |||
|---|---|---|
| Case No.: <br> 1:18-SW-0015 | Date and time warrant executed: <br> 1-24-18 @ 12:49pm | Copy of warrant and inventory left with: <br> U.S.P-S |
| Inventory made in the presence of: Insp T. Dasilva |||
| Inventory of the property taken and name of any person(s) seized: |||

**FILED**
JUL 0 3 2019
Clerk, U.S. District and
Bankruptcy Courts

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 5-24-19

*Executing officer's signature*

James Ussery  Postal Inspector
*Printed name and title*

| Subject Parcel | Express (E) or Priority (P) and Tracking ID number | Property Seized |
|---|---|---|
| 1. | (P) 9505 5141 0152 8017 0604 40 | No CDS or CDS Proceeds, returned to the mail stream. |
| 2. | (P) 9505 5103 8228 8017 2075 67 | Approximately 1450 grams of a green, leafy, plantlike substance, suspected to marijuana, inside three heat sealed bags. |
| 3. | (P) 9505 5107 2312 8017 2785 93 | Approximately 2395 grams of THC related products to include, three THC labeled bags of pop corn, five suspected marijuana cigarettes, five suspected THC chocolates, three vials of suspected hash oil, and ten THC labeled bath salt balls. |